Marcelean KENNEDY,
Appellant Pro Se,

v.

DILLARD'S, INC., Defendant,

Division of Employment Security,
Respondent.

No. WD 61377.

Missouri Court of Appeals,
Western District.

April 15, 2003.

Marcelean Kennedy, Raytown, pro se.

Sharon A. Willis, Kansas City, for respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Marcelean Kennedy appeals the Labor and Industrial Relations Commission's order denying her application for unemployment compensation benefits. For reasons stated in the Memorandum provided to the parties, the judgment is affirmed. Rule 84.16(b).